Dear Clerk
Twelfth Court of Appeal

12-29-2014

Dear Clerk here a copy of The
Pocketing statement. Thank you

FILED IN COURT OF APPEALS
12th Court of Appeals District

DEC 3 1 2014

TYLER TEXAS
CATHY S. LUSK, CLERK

Respectfully
Submitted

Jody Ford McClean
1694118
Ellis Unit
1697. Fm 980
Huntsville Tx
77343

Appellate Docket Number: 12-14-00356-CR

Appellate Case Style: Style: 007-1110-10

Jody    Vs.    State of Texas

FILED IN COURT OF APPEALS
12th Court of Appeals District

DEC 3 1 2014

elkm

TYLER TEXAS
CATHY S. LUSK, CLERK

Companion Case:

Amended/corrected statement: ☐

# DOCKETING STATEMENT (Criminal)

Appellate Court:

(to be filed in the court of appeals upon perfection of appeal under TRAP 32)

| I. Appellant | II. Appellant Attorney(s) |
|---|---|
| First Name: Jody Ford McCreary | ☐ Lead Attorney |
| Middle Name: Ford | First Name: |
| Last Name: McCreary | Middle Name: |
| Suffix: | Last Name: |
| Appellant Incarcerated? ☑ Yes ☐ No | Suffix: |
| Amount of Bond: | ☐ Appointed ☐ Retained ☐ District Attorney ☐ Public Defender |
| Pro Se: ☑ | Firm Name: |
| | Address 1: |
| | Address 2: |
| | City: |
| | State: Texas    Zip+4: |
| | Telephone:    ext. |
| | Fax: |
| | Email: |
| | SBN: |

Add Another Appellant/ Attorney

## II. Appellee

First Name:

Middle Name:

Last Name:

Suffix:

Appellee Incarcerated? ☐ Yes ☐ No

Amount of Bond:

Pro Se: ○

## IV. Appellee Attorney(s)

☐ Lead Attorney

First Name:

Middle Name:

Last Name:

Suffix:

☐ Appointed ☐ Retained ☐ District Attorney ☐ Public Defender

Firm Name:

Address 1:

Address 2:

City:

State:     Texas                          Zip+4:

Telephone:                                 ext.

Fax:

Email:

SBN:

| Add Another Appellee/ Attorney |

## V. Perfection Of Appeal, Judgment And Sentencing

Nature of Case (Subject matter or type of case):

Type of Judgment:

Date trial court imposed or suspended sentence in open court or date trial court entered appealable order:  *None*

Offense charged:  *Tampering with evidence*

Date of offense:  *March-30- 2010*

Defendant's plea:

If guilty, does defendant have the trial court's certificate to appeal?

☐ Yes ☑ No

Was the trial by:   ☐ jury or ☐ non-jury?

Date notice of appeal filed in trial court:

If mailed to the trial court clerk, also give the date mailed :

Punishment assessed:

Is the appeal from a pre-trial order?   ☐ Yes ☐ No

Does the appeal involve the constitutionality or the validity of a statute, rule or ordinance?

☐ Yes ☐ No

## VI. Actions Extending Time To Perfect Appeal

Motion for New Trial:   ☐ Yes ☐ No   If yes, date filed:

Motion in Arrest of Judgment: ☐ Yes ☐ No   If yes, date filed:

Other:  ☑ Yes ☐ No        If yes, date filed:

If other, please specify:  *Writ of Habeas Corpus that the District Court denied without a hearing*

## VII. Indigency Of Party: (Attach file-stamped copy of motion and affidavit)

Motion and affidavit filed:  ☐ Yes ☑ No  ☐ NA   If yes, date filed:

Date of hearing:                          ☑ NA

Date of order:                            ☑ NA

Ruling on motion:  ☐ Granted ☑ Denied  ☐ NA   If granted or denied, date of ruling:  *October 2014*

## VIII. Trial Court And Record

Court:

County:

**Trial Court Docket Number (Cause no):**

007-1110-10 A
007-1110-10 B
007-1110-10 C
007-1110-10 P
007-1110-10 E
007-1110-10 F
007-1110-10 G
007-1110-10 H
007-1110-10 I

Trial Court Judge (who tried or disposed of the case):

First Name: ~~Judge Kerby~~ ~~Cris Kerrs~~ Ron Kerrs

Middle Name:

Last Name: Russel

Suffix:

Address 1: 7th District Court Smith Count Courthouse 100 N. Broad was Tyler Tx

Address 2: 100 N Broadway

City: Tyler

State: Texas          Zip + 4: 75702

Telephone:          ext.

Fax:

Email:

---

Reporter's or Recorder's Record:

Is there a reporter's record? ☑ Yes ☐ No

Was reporter's record requested? ☑ Yes ☐ No

Was the reporter's record electronically recorded? ☐ Yes ☑ No

If yes, date requested:

Were payment arrangements made with the court reporter/court recorder? ☐ Yes ☑ No

---

☐ Court Reporter          ☑ Court Recorder
☐ Official          ☐ Substitute

Trial Court Clerk: ☐ County ☑ District 7th District Court

First Name: ~~Jerato~~ Louis

Middle Name:

Last Name: ~~Lawrence~~ Rogers

Suffix:

Address 1: ~~700~~ 100 N. Broadway

Address 2: 100 W. Broadway

City: Tyler

State: Texas          Zip + 4:

Telephone:          ext.

Fax:

Email:

## X. Related Matters

ist any pending or past related appeals before this or any other Texas appellate court by court, docket number, and style.

ocket Number: 12-14-00356-CR                          Court: Twelfth Court of Appeal

yle: Jody McCreary

    Vs.    State of Texas

## X. Signature

Jody Ford McCreary
_____
ignature of counsel (or (Pro Se) Party)                    Date:

Jody Ford McCreary
_____
rinted Name:                                              State Bar No:


lectronic Signature:                                      Name:
    (Optional)

## XI. Certificate of Service

he undersigned counsel certifies that this docketing statement has been served on the following lead counsel for all parties to the trial court's rder or judgment as follows on    .


_____
ignature of counsel (or pro se party)                    Electronic Signature:
    (Optional)

    State Bar No.:

erson Served:

ertificate of Service Requirements (TRAP 9.5(e)): A certificate of service must be signed by the person who made the service and must ate:

    (1) the date and manner of service;
    (2) the name and address of each person served, and
    (3) if the person served is a party's attorney, the name of the party represented by that attorney

Please enter the following for each person served:

Date Served:

Manner Served:

First Name:

Middle Name:

Last Name:

Suffix:

Law Firm Name:

Address 1:

Address 2:

City:

State    Texas                  Zip+4:

Email: